FILED
2000 AUG 31

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JOHN NEAL,       ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| vs            ) | CIVIL ACTION NO. 99-RRA-0599-M |
| ) | |
| GOODYEAR TIRE & RUBBER CO., ) | |
| et al,           ) | |
| ) | |
| Defendants.   ) | |

ENTERED
AUG 3 1 2000

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, the objections of the petitioner, and the response of the defendant to those objections, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, defendant Goodyear Tire & Rubber Company's motion for summary judgment is due to be granted and the complaint against it dismissed with prejudice. As to the only other defendant, Hill Mayfield, the complaint against him is due to be dismissed for the plaintiff's failure to perfect service of the summons and complaint. An appropriate order will be entered.

DONE, this 31st day of August, 2000.

_____
H. DEAN BUTTRAM, JR.,
UNITED STATES DISTRICT JUDGE

26